IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JUSTIN SMITH | : | CIVIL ACTION |
|---|---|---|
| v. | : | No.: 06-5290 |
| CITY OF BETHLEHEM, et al. | : | |

## **ORDER**

AND NOW, this 30th day of September, 2010, it is ORDERED Defendant City of Bethlehem's Renewed Motion for Attorneys' Fees and Costs Under 42 U.S.C. § 1988 (Document 49) is DENIED.

BY THE COURT:

　　/s/ Juan R. Sánchez
Juan R. Sánchez, J.